# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK NATIONAL ASSOC., | ) ) ) | Case No. 09 C 5108 |
| Plaintiff, | ) ) | |
| | ) | Judge David Coar |
| v. | ) ) | Magistrate Judge Geraldine Soat Brown |
| FIRST MUTUAL BANCORP OF ILLINOIS, PETHINAIDU VELCUHAMY, | ) ) ) ) | |
| Defendants. | ) ) | |
| BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK NATIONAL ASSOC., | ) ) ) | Case No. 09 C 5109 |
| | ) | Judge David Coar |
| Plaintiff, | ) ) | |
| | ) | Magistrate Judge Geraldine Soat Brown |
| v. | ) ) | |
| PETHINAIDU VELUCHAMY and PARAMESWARI VELUCHAMY, | ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM OPINION AND ORDER

Pending before the court is Defendants First Mutual's and Mr. and Mrs. Veluchamy's Motion

to Retain Certain Sealed Documents Under Seal (Defs.' Mot. to Seal.)  [09 C 5108 dkt 157; 09 C

5109 dkt 141].[1]  Bank of America opposes the motion in substantial part.  (BOA's Resp.)  [09 C

5108 dkt 159; 09 C 5109 dkt 143.]  The court has reviewed the parties' submissions and each of the

items that the defendants seek to remain sealed on the public record, and grants defendants' motion

in part.  The parties shall file unredacted documents or versions of the documents redacted in

accordance with the rulings set forth below by July 30, 2010.

In their motion, defendants essentially seek to have three categories of materials sealed: (1)

information reflecting interactions they or Mutual Bank had with federal regulators; (2) information

reflecting the identity of third-party borrowers; and (3) pursuant to the protective order, information

reflecting the "confidential deliberation of parties . . . committees or board."  (Defs. Mot. to Seal.

at 2.)  They additionally assert attorney-client privilege as a basis for sealing.  Defendants have

construed what may be withheld from the public record too broadly.

First, the fact that the parties stipulated and the court agreed that certain information would

be marked confidential when exchanged during discovery does not necessarily mean that such

information may not enter the public record when submitted to the court.  *See Union Oil Co. of Calif.*

*v. Leavell*, 220 F.3d 562, 567 (7th Cir. 2000) ("Many a litigant would prefer that the subject of the

case . . . be kept from the curious . . . , but the tradition that litigation is open to the public is of very

long standing.").  The 2009 revisions to Northern District of Illinois Local Rule 26.2 prohibited

blanket protective orders as a justification for filing documents under seal.  The Rule dictates that

no documents may be filed under seal "without prior order of court specifying the particular

document or portion of a document that may be filed as restricted."  N.D. Ill. Loc. R. 26.2,

---

[1]  Pursuant to the court's order, defendants supplemented their motion with a chart that provided line-by-line references to the material defendants seek to have sealed from the public record.  [09 C 5108 dkt 161; 09 C 5109 dkt 145.]

http://www.ilnd.uscourts.gov/home/LocalRules.aspx?rtab=localrule (last visited July 22, 2010).  The

moving party must make a sufficient showing with regard to each item it seeks withheld from public

scrutiny to establish that the information, once submitted to the court, should remain sealed from the

public record.  As the Seventh Circuit has made clear:

> Secrecy is fine at the discovery stage, before the material enters the
> judicial record.  But those documents, usually a small subset of all
> discovery, that influence or underpin the judicial decision are open to
> public inspection unless they meet the definition of trade secrets or
> other categories of bona fide long-term confidentiality.

*Baxter Intl., Inc., v. Abbott Labs.*, 297 F.3d 544 (7th Cir. 2002) (internal citation omitted).

The court will protect financial information about "third party borrowers," that is, people and

entities who are not parties to this case.  But the defendants' financial information is the subject of

this lawsuit, including the now-dismissed counterclaims, and that is generally not protected from

public disclosure.

> When [litigants] call on the courts, they must accept the openness that
> goes with subsidized dispute resolution by public (and publicly
> accountable) officials.  Judicial proceedings are public rather than
> private property, and the third-party effects that justify the subsidy of
> the judicial system also justify making records and decisions as open
> as possible.  . . .  Judges deliberate in private but issue public
> decisions after public arguments based on public records. . . .  Any
> step that withdraws an element of the judicial process from public
> view makes the ensuing decision look more like fiat, which requires
> compelling justification.

*Union Oil Co.*, 220 F. 3d at 568 (internal citations omitted).  Defendants' financial and corporate

records are relevant in this litigation, and other than pointing to the terms of the protective order,

defendants have not explained why their own financial information should be sealed from the public

record.[2]

Likewise, the entire Board of Directors minutes are not appropriately withheld from the record. The Protective Order protected "confidential deliberations," the disclosure of which is "likely to cause substantial harm to the producing party's business, competitive or privacy interests." (Prot. Order ¶ 4.) [09 C 5108 dkt 85; 09 C 5109 dkt 80.] Defendants generally argue that the minutes are confidential, but they have failed to demonstrate any particular information within the minutes that should be withheld and they have failed to identify any harm that might flow from their disclosure. This is especially questionable regarding Mutual Bank records given the bank's demise.

Defendants also claim that certain materials reflecting "FDIC advice" or other regulator advice or information should be sealed. (Defs.' Mot. at 3, 5.) Here too, defendants construe too broadly the scope of confidentiality afforded FDIC's supervisory information. *See* 12 C.F.R. 261.2. "Confidential supervisory information does not include documents prepared by a supervised financial institution for its own business purposes and that are in its possession." 12 C.F.R. 261.2(c)(2).

Further, defendants' claim of attorney-client privilege with regard to materials involving attorney Jeffrey Horwitz is rejected. The purportedly confidential documents were produced to Bank of America in connection with defendants' previously asserted (and now dismissed) counterclaims that alleged, among other things, that Mr. Horwitz' firm had an undisclosed conflict of interest. The documents were not marked confidential when produced by the law firm, nor does it appear that the defendants objected to such open production. (BOA's Resp. at 4.) The documents also were used

---

[2] The materials at issue here were submitted as exhibits to briefs in connection with Bank of America's Motion for Discovery Sanctions, A Protective Order and Other Relief [09 C 5108 dkt 128; 09 C 5109 dkt 113] relating to discovery about defendants' counterclaims.

at least at some depositions in this case without defendants asserting any claim of confidentiality. (*Id*.) Any confidentiality has been waived.

Defendants submitted the documents at issue for an *in camera* inspection of their proposed redactions. Bearing in mind this discussion and the standards set out by the Seventh Circuit in *Union Oil Co.*, 220 F.3d 562, and *Baxter*, 297 F.3d 544, the rulings on each item the defendants seek to be sealed are set forth below. Unless otherwise specified, the notation that defendant's motion is "granted," in the chart below means that motion is granted as to the redactions that were submitted for the court's review. Where applicable, the granting of the motion as to identifying information of third party-borrowers also includes identifying information of any guarantors.

| Dkt | Exhibit | Page | Ruling |
|---|---|---|---|
| 140 (09 C 5108) 125 (09 C 5109) | B | BOA000317 | Denied. |
| 140 (09 C 5108) 125 (09 C 5109) | B | BOA004059 | Denied. |
| 140 (09 C 5108) 125 (09 C 5109) | B | BOA004301 | Denied. |
| 140 (09 C 5108) 125 (09 C 5109) | B | BOA004312 | Granted. |
| 140 (09 C 5108) 125 (09 C 5109) | J | Dep. Page 128 | Granted. |
| 144 (09 C 5108) 129 (09 C 5109) | 2 | BOA002606 | Granted. |
| 144 (09 C 5108) 129 (09 C 5109) | 2 | BOA002625 | Granted. |
| 144 (09 C 5108) 129 (09 C 5109) | 2 | BOA002645 | Granted. |
| 144 (09 C 5108) 129 (09 C 5109) | 2 | BOA002646 | Denied. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 18 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 26 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 31 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 32 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 36 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 37 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 41 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 42 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 46 | Granted. |

| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 47 | Granted |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 52 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 53 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 62 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 63 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 67 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 68 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 73 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 74 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 78 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 79 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 3 | Request No. 84 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 3 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 11 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 13 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 14 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 15 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 16 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 17 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 18 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 19 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 20 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 21 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 22 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 23 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 24 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 25 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 26 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 27 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 28 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 29 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 30 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 31 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 32 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 33 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 34 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 35 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 36 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 37 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 38 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 39 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 40 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 41 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 42 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 43 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 44 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 45 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 46 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 47 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 48 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 49 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 50 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 51 | Granted. |
| 131 (09 C 5108)<br>116 (09 C 5109) | 4 | Request No. 52 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 53 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 54 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 55 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 56 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 57 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 58 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 59 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 60 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 61 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 62 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 63 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 64 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 65 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 66 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 67 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 68 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 69 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 70 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 71 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 72 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 73 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 74 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 75 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 76 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 77 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 78 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 79 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 80 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 81 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 82 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 83 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 84 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 85 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 86 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 87 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 88 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 89 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 90 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 91 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 92 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 93 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 94 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 95 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 96 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 97 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 98 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 99 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 100 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 4 | Request No. 101 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 3 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 10 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 12 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 13 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 14 | Granted. |

| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 15 | Granted. |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 16 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 17 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 18 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 19 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 20 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 21 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 22 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 23 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 24 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 25 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 26 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 27 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 28 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 29 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 30 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 31 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 32 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 33 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 34 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 35 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 36 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 37 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 38 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 39 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 40 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 41 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 42 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 43 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 44 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 45 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 46 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 47 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 48 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 49 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 50 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 51 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 52 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 53 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 54 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 55 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 56 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 57 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 58 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 59 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 60 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 61 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 62 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 63 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 64 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 65 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 66 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 67 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 68 | Granted. |

| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 69 | Granted. |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 70 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 71 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 72 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 73 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 74 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 75 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 76 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 77 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 78 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 79 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 80 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 81 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 82 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 83 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 84 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 85 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 86 | Granted. |

| | | | |
|---|---|---|---|
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 87 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 88 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 89 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 90 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 91 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 92 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 93 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 94 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 95 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 96 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 97 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 98 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 99 | Granted. |
| 131 (09 C 5108) 116 (09 C 5109) | 5 | Request No. 100 | Granted. |
| 132 (09 C 5108) 117 (09 C 5109) | 6 | Request No. 18 | Granted. |
| 132 (09 C 5108) 117 (09 C 5109) | 6 | Request No. 23 | Granted. |
| 132 (09 C 5108) 117 (09 C 5109) | 6 | Request No. 26 | Granted. |

| | | | |
|---|---|---|---|
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 31 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 32 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 36 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 37 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 41 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 42 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 46 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 47 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 52 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 53 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 56 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 62 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 63 | Granted. |

| | | | |
|---|---|---|---|
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 67 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 68 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 73 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 74 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 78 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 79 | Granted. |
| 132 (09 C 5108)<br>117 (09 C 5109) | 6 | Request No. 84 | Granted. |
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 46 | Granted as to identity of third-party borrower in lines 20 and 24. |
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 129 | Granted as to identity of third-party borrower in lines 20 and 23. |
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 130 | Granted as to identity of third-party borrower in lines 3, 12, 13, 19 and 20. |
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 131 | Granted as to identity of third-party borrower in lines 5, 11 and 12. |
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 132 | Granted as to identity of third-party borrower in lines 4, 5, 14, 16 and 22. |
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 139 | Granted as to identity of third-party borrower in lines 19, 20 and 23. |

| | | | |
|---|---|---|---|
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 140 | Granted as to identity of third-party borrower in lines 16, 17, 23 and 24. |
| 133 (09 C 5108)<br>118 (09 C 5109) | 9 | Dep. Page 141 | Granted as to identity of third-party borrower in lines 1 and 8; denied as to line 7. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 95 | Granted as to identity of third-party borrower in lines 2, 3, 5, 6 and 12. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 139 | Granted as to identity of third-party borrower in lines 11, 16, 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 140 | Granted as to identity of third-party borrower in lines 1, 6, 7, 12, 13, 18, 19 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 141 | Granted as to identity of third-party borrower in lines 1, 7, 8, 13 and 19. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 142 | Granted as to identity of third-party borrower in lines 1, 2, 8, 9, 14, 15 and 20. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 143 | Granted as to identity of third-party borrower in lines 2, 3, 8, 9, 14 and 15. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 144 | Granted as to identity of third-party borrower in line 1. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 148 | Granted as to identity of third-party borrower in lines 3, 4, 10 and 11. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 169 | Granted as to identity of third-party borrower in lines 14 and 21. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 182 | Granted as to identity of third-party borrower in lines 7, 8, 11 and 22. |

| | | | |
|---|---|---|---|
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 183 | Granted as to identity of third-party borrower in lines 3, 4, 16, 23 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 249 | Granted as to identity of third-party borrower in lines 4-6, 15, 17, 23 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 250 | Granted as to identity of third-party borrower in lines 16 and 17. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 251 | Granted as to identity of third-party borrower in lines 3 and 22. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 252 | Granted as to identity of third-party borrower in lines 8 and 21. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 253 | Granted as to identity of third-party borrower in lines 9 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 254 | Granted as to identity of third-party borrower in line 1. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 260 | Granted as to identity of third-party borrower in lines 17-19, 21 and 22. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 261 | Granted as to identity of third-party borrower in lines 8-11, 14, 15, 22 and 23. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 262 | Granted as to identity of third-party borrower in lines 10, 11, 15-17, 20 and 21. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 263 | Granted as to identity of third-party borrower in lines 15-17 and 19-22. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 264 | Granted as to identity of third-party borrower in lines 4, 14, 23 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 265 | Granted as to identity of third-party borrower in lines 8-10 and 19-22. |

| | | | |
|---|---|---|---|
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 269 | Granted as to identity of third-party borrower in line 19. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 270 | Granted as to identity of third-party borrower in lines 9-11 and 19. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 271 | Granted as to identity of third-party borrower in line 1. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 274 | Granted as to identity of third-party borrower in lines 23 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 275 | Granted as to identity of third-party borrower in lines 1, 2, 8-10, 17 and 22. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 282 | Granted as to identity of third-party borrower in lines 23 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 283 | Granted as to identity of third-party borrower in lines 1, 4, 5, 13, 14 and 22-24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 284 | Granted as to identity of third-party borrower in lines 6 and 7. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 291 | Granted as to identity of third-party borrower in lines 12, 16, 21 and 22. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 292 | Granted as to identity of third-party borrower in lines 6, 7, 17, 18, 23 and 24. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 296 | Granted as to identity of third-party borrower in lines 6, 11, 19 and 20. |
| 134 (09 C 5108)<br>119 (09 C 5109) | 10 | Dep. Page 297 | Granted as to identity of third-party borrower in lines 4, 5, 13 and 14. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 109 | Granted as to identity of third-party borrower in lines 20 and 21. |

| | | | |
|---|---|---|---|
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 110 | Granted as to identity of third-party borrower in lines 12 and 13. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 112 | Granted as to identity of third-party borrower in lines 12, 16 and 17. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 113 | Granted as to identity of third-party borrower in lines 8, 9, 20 and 23. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 114 | Granted as to identity of third-party borrower in lines 9 and 18. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 115 | Granted as to identity of third-party borrower in line 3. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 116 | Granted as to identity of third-party borrower in line 23. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 117 | Granted as to identity of third-party borrower in lines 8-23. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 121 | Granted as to identity of third-party borrower in line 8. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 122 | Granted as to identity of third-party borrower in line 20. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 124 | Granted as to identity of third-party borrower in lines 5, 23 and 24. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 127 | Granted as to identity of third-party borrower in lines 6, 15 and 20. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 128 | Granted as to identity of third-party borrower in lines 2, 7 and 8. |

| | | | |
|---|---|---|---|
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 129 | Granted as to identity of third-party borrower in lines 7-9, 15, 16, 21 and 24. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 130 | Granted as to identity of third-party borrower in lines 1, 2 and 19. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 131 | Granted as to identity of third-party borrower in lines 2, 3, 5 and 20. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 132 | Granted as to identity of third-party borrower in line 9. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 135 | Granted as to identity of third-party borrower in line 3. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 136 | Granted as to identity of third-party borrower in lines 8, 9, 13, 15 and 16. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 140 | Granted as to identity of third-party borrower in lines 4, 8, 12, 13 and 18. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 141 | Granted as to identity of third-party borrower in lines 2, 3, 13 and 15. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 142 | Granted as to identity of third-party borrower in line 17. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 143 | Granted as to identity of third-party borrower in lines 14-18. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 146 | Granted as to identity of third-party borrower in lines 8, 10 and 17. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 147 | Granted as to identity of third-party borrower in line 2. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 150 | Granted as to identity of third-party borrower in lines 21 and 22. |

| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 151 | Granted as to identity of third-party borrower in line 2. |
|---|---|---|---|
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 152 | Granted as to identity of third-party borrower in lines 15 and 23. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 153 | Granted as to identity of third-party borrower in lines 6 and 20. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 155 | Granted as to identity of third-party borrower in lines 4, 21 and 22. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 159 | Granted as to identity of third-party borrower in lines 16 and 21. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 160 | Granted as to identity of third-party borrower in lines 4, 7 and 8. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 161 | Granted as to identity of third-party borrower in lines 6, 10, 11, 14, 17 and 24. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 164 | Granted as to identity of third-party borrower in line 13. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 165 | Granted as to identity of third-party borrower in lines 3, 8, 9 and 15-18. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 169 | Granted as to identity of third-party borrower in lines 9, 10, 12, 18 and 19. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 172 | Granted as to identity of third-party borrower in lines 7, 8, 10, 16, 22. |
| 135 (09 C 5108) 120 (09 C 5109) | 11 | Dep. Page 173 | Granted as to identity of third-party borrower in lines 15, 17, 20 and 22. |

| | | | |
|---|---|---|---|
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 174 | Granted as to identity of third-party borrower in lines 10 and 11. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 176 | Granted as to identity of third-party borrower in lines 10 and 11. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 177 | Granted as to identity of third-party borrower in lines 19 and 22. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 178 | Granted as to identity of third-party borrower in line 24. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 179 | Granted as to identity of third-party borrower in lines 5, 6, 8, 10 and 19. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 180 | Granted as to identity of third-party borrower in lines 10 and 18. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 181 | Granted as to identity of third-party borrower in lines 18, 20 and 24. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 182 | Granted as to identity of third-party borrower in line 23. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 183 | Granted as to identity of third-party borrower in line 8. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 184 | Granted as to identity of third-party borrower in lines 1 and 2. |
| 135 (09 C 5108)<br>120 (09 C 5109) | 11 | Dep. Page 207 | Granted as to identity of third-party borrower in line 12. |
| 136 (09 C 5108)<br>121 (09 C 5109) | 12 | First Mutual 008257 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108)<br>121 (09 C 5109) | 12 | First Mutual 008258 | Granted as to identity of third-party borrower; denied as to remainder. |

| | | | |
|---|---|---|---|
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 008259 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 008260 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 008261 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 008262 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 008263 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 000263 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 000264 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 000265 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 000266 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 000267 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 000268 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 000269 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003614 | Denied. |

| | | | |
|---|---|---|---|
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003615 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003616 | Denied. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003617 | Denied. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003618 | Denied. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003619 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003620 | Granted as to identity of third-party borrower; denied as to remainder. |
| 136 (09 C 5108) 121 (09 C 5109) | 12 | First Mutual 003621 | Denied. |
| 137 (09 C 5108) 122 (09 C 5109) | 13 | C 000020 | Denied. |
| 137 (09 C 5108) 122 (09 C 5109) | 13 | C 000146 | Granted as to identity of third-party borrower; denied as to remainder. |
| 137 (09 C 5108) 122 (09 C 5109) | 13 | C 000659 | Denied. |
| 138 (09 C 5108) 123 (09 C 5109) | 19 | Dep. Page 141 | Granted as to identity of third-party borrower in lines 9, 10 and 15. |
| 138 (09 C 5108) 123 (09 C 5109) | 19 | Dep. Page 142 | Granted as to identity of third-party borrower in lines 2, 12 and 18-21. |

| | | | |
|---|---|---|---|
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 143 | Granted as to identity of third-party borrower in lines 6, 11, 18, 20 and 21. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 144 | Granted as to identity of third-party borrower as to line 3; denied as to line 4. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 147 | Granted as to identity of third-party borrower in lines 5 and 20. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 149 | Granted as to identity of third-party borrower in lines 9 and 10. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 150 | Granted as to identity of third-party borrower in lines 5, 6, 10, 22 and 23. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 154 | Granted as to identity of third-party borrower in line 12. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 159 | Granted as to identity of third-party borrower in lines 3, 4 and 10. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 160 | Granted as to identity of third-party borrower in line 14. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 161 | Granted as to identity of third-party borrower in line 11. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 179 | Granted as to identity of third-party borrower in line 21. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 184 | Granted as to identity of third-party borrower in lines 11, 13 and 15. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 186 | Granted as to identity of third-party borrower in lines 10 and 13. |
| 138 (09 C 5108)<br>123 (09 C 5109) | 19 | Dep. Page 227 | Granted as to identity of third-party borrower in lines 16. |

| | | | |
|---|---|---|---|
| 138 (09 C 5108) 123 (09 C 5109) | 19 | Dep. Page 232 | Granted as to identity of third-party borrower in lines 9 and 11. |
| 138 (09 C 5108) 123 (09 C 5109) | 19 | Dep. Page 233 | Granted as to identity of third-party borrower in lines 4 and 5. |
| 138 (09 C 5108) 123 (09 C 5109) | 19 | Dep. Page 234 | Granted as to identity of third-party borrower in line 5. |
| 146 (09 C 5108) 131 (09 C 5109) | 1 | FDIC000244-FDIC000247 | Granted. |
| 146 (09 C 5108) 131 (09 C 5109) | 2 | First Mutual 003724-003746 | Granted as to identity of third-party borrowers in First Mutual 003738, 003745 and 003746. Denied as to remainder. |

## CONCLUSION

For the foregoing reasons, First Mutual's and Mr. and Mrs. Veluchamy's Motion to Retain Certain Sealed Documents Under Seal [09 C 5108 dkt 157; 09 C 5109 dkt 141] is granted in part and denied in part, as set forth herein. The parties shall file unredacted documents or versions of the documents redacted in accordance with the rulings set forth below by July 30, 2010.

**IT IS SO ORDERED.**

*Geraldine Soat Brown*
_____
**GERALDINE SOAT BROWN**
**United States Magistrate Judge**

July 22, 2010