IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, NATIONAL ASSOCIATION, a national banking association, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 2009-CV-05108 ) |
| v. | ) Hon. Milton I. Shadur ) |
| FIRST MUTUAL BANCORP OF ILLINOIS, INC., and PETHINAIDU VELUCHAMY, | ) ) ) |
| Defendants. | ) |
| BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, NATIONAL ASSOCIATION, a national banking association, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 2009-CV-05109 ) |
| v. | ) Hon. Milton I. Shadur ) |
| PETHINAIDU VELUCHAMY and PARAMESWARI VELUCHAMY, | ) ) ) |
| Defendants. | ) |

## ORDER

This matter coming on to be heard on Plaintiff Bank of America's Emergency Motion ("Emergency Motion") to Compel the Judgment Debtors to Identify Bank Accounts, Return Assets to the United States, Turn Over Tax Refunds, and For Other Relief, notice having been provided to counsel for all of the parties, and the Court having considered Bank of America's Brief in Support of Its Emergency Motion, the supporting Affidavits of Gary G. Kleinrichert and

Shennan Harris, with exhibits, and the arguments of counsel,

**IT IS HEREBY ORDERED** that for the reasons stated in open court, Plaintiff's Emergency Motion is granted as follows:

1. The Judgment Debtors Pethinaidu Veluchamy and Parameswari Veluchamy (together, the "Judgment Debtors") shall comply with the Citations to Discover Assets in Case Nos. 09 CV 05108 and 09 CV 05109 forthwith.

2. The Judgment Debtors, and each of them, are hereby ordered to temporarily turn over all of their passports of any kind and any other documents that would permit international travel (whether United States-issued or otherwise) to this Court's Courtroom Deputy. The passports shall remain in the Courtroom Deputy's possession until the earlier of (a) the Judgment Debtors' repatriation of monies they transferred outside the United States since June 30, 2009 and deposit thereof into the registry account for the United States District Court for the Northern District of Illinois, (b) the Judgment Debtors' provision of evidence satisfactory to the Court that the monies were transferred for legitimate reasons other than to remove assets from the jurisdiction of the Court or hide it from creditors, (c) satisfaction of Bank of America's judgments, or (d) further Court order.

3. The Judgment Debtors' counsel has advised the Court that the Judgment Debtors presently have no plans to travel outside the United States prior to some time in May, 2011. At any time, the Judgment Debtors are free to ask this Court for a ruling that its temporary possession of the passports or other travel documents is no longer necessary or appropriate for any reason (including but not limited to that one or more of the conditions stated above have been satisfied).

4. This order is entered to maintain the status quo between the parties and is not a determination on the merits with respect to issues concerning transfer of assets.

5. The Judgment Debtors may not leave the United States before turning over their passports and other travel documents or while their passports and other travel documents are held by the Court as set forth in paragraph 2 above.

Enter: March 18, 2011

_____
Milton I. Shadur
United States District Judge