```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

BANK OF AMERICA, N.A., etc.,    )
                                )
        Plaintiff,            )
                                )
  v.                            )   No. 09 C 5109
                                )
PETHINAIDU VELUCHAMY, et al.,   )
                                )
        Defendants.           )

## MEMORANDUM ORDER

During the course of an extended motion call dealing with a number of matters in this action and closely related Case No. 09 C 5108, this Court ruled orally on all motions other than a set that had been initiated by third-party respondent McGladrey & Pullen, LLP ("McGladrey"). Those stemmed from McGladrey's invocation of an Illinois statute providing for an accountant-client privilege (225 ILCS 450/27) and from the objection by plaintiff Bank of America, N.A. ("Bank of America") to McGladrey's proposal for a protective order in that respect.

This Court's review of that dispute indicates that both sides are partially right and partially wrong in their contentions. There is no doubt that the asserted privilege exists, but the question as to the scope of its coverage in this action is more difficult--a problem highlighted by Bank of America's response in opposition to the motion (Dkt. 488).

Because McGladrey has already responded to Bank of America's subpoena in substantial part, this Court has determined that the

best way to cut the Gordian knot is for McGladrey to provide Bank of America with a privilege log and to provide this Court in camera with copies of (1) the privilege log and (2) the assertedly privileged documents, coupled with a brief explanation as to why McGladrey's counsel believe that those documents are not outside the scope of the claimed privilege for the reasons described in Dkt. 488.

Accordingly McGladrey's counsel is ordered to comply with those requirements on or before August 2, 2011. This Court will then determine what further input may be required from the combatants in addition to this Court's own review of the supplied materials.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date: July 22, 2011

---

[1] In Clerk's Office terms, Dkt. Nos. 458, 465 and 467 are granted in part and denied in part.