**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Part 6

| | | |
|---|---|---|
| BANK OF AMERICA, N.A.,<br>SUCCESSOR TO LASALLE BANK,<br>NATIONAL ASSOCIATION,<br>a national banking association,<br>      *Plaintiff,*<br>    v. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2009-CV-05108 |
| FIRST MUTUAL BANCORP OF ILLINOIS,<br>INC., and PETHINAIDU VELUCHAMY,<br>      *Defendants.* | )<br>)<br>)<br>)<br>) | Hon. Milton I. Shadur |

| | | |
|---|---|---|
| BANK OF AMERICA, N.A.,<br>SUCCESSOR TO LASALLE BANK,<br>NATIONAL ASSOCIATION,<br>a national banking association,<br>      *Plaintiff,*<br>    v . | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2009-CV-05109<br><br>Hon. Milton I. Shadur |
| PETHINAIDU VELUCHAMY and<br>PARAMESWARI VELUCHAMY,<br>      *Defendants.* | )<br>)<br>)<br>)<br>) | |

<u>ORDER</u>

IT IS HEREBY ORDERED that the last sentence of Paragraph 3 of the Modified Protective

Order, entered September 28, 2011, shall be amended to read as follows:

"Notwithstanding the foregoing, no document previously produced, testimony previously given, or prior assertion of a Fifth Amendment privilege shall be designated as Fifth Amendment Material with respect to the FDIC and the United States Attorney's Office.

Dated: September **30**, 2011

IT IS SO ORDERED:

_Milton I. Shadur_
Milton I. Shadur
United States District Judge